IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SARA J. LOOSEY                                                     PLAINTIFF

vs.                                    Civil No. 3:18-cv-03086

NANCY A. BERRYHILL
Commissioner, Social Security Administration                  DEFENDANT

**MEMORANDUM OPINION**

Before the Court is Plaintiff's Motion to Dismiss. ECF No. 12. Plaintiff filed this Motion on January 9, 2019. *Id.* The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, this Court issues this Memorandum Opinion.

With this Motion, Plaintiff seeks to voluntarily dismiss this action. ECF No. 12. Defendant has filed no response to this Motion; thus, the Court presumes Defendant has no objections to this Motion. After considering this Motion, and because Defendant has no objections to this Motion, the Court **GRANTS** Plaintiff's Motion to Dismiss. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**IT IS SO ORDERED this 7th day of February 2019.**

                                                           /s/ *Barry A. Bryant*
                                                           HON. BARRY A. BRYANT
                                                           U. S. MAGISTRATE JUDGE